UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ENRIQUE RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:22-cv-1561 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>(Doc. 16)<br><br>ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF SAMUEL ENRIQUE RAMIREZ AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　Samuel Enrique Ramirez and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on June 21, 2023.  (Doc. 16.)  Pursuant to the terms of the stipulation, "the Appeals Council will instruct the Administrative Law Judge to perform a *de novo* review of the evidence, offer the claimant an opportunity for a new hearing, and issue a new decision."  (*Id*. at 1.)  The parties also stipulated judgment shall be entered in favor of Plaintiff and against the Commissioner.  (*Id*.) Based upon the terms of the stipulation, the Court **ORDERS**:

　　　　1.　　Plaintiff's motion for summary judgment (Doc. 14) is terminated as **MOOT**.

　　　　2.　　The matter is **REMANDED** for further administrative proceedings under sentence four

1

of 42 U.S.C. § 405(g).

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Samuel Enrique Ramirez and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **June 22, 2023**

*[signature]*
UNITED STATES DISTRICT JUDGE